RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2/6/09
BY DM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 06-cr-50126 |
| VERSUS | JUDGE STAGG |
| EARNEST McCRAY, JR. | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Docs. 56 and 58) is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 6th day of February, 2009.

TOM STAGG
UNITED STATES DISTRICT JUDGE